# Court of Appeals
# of the State of Georgia

ATLANTA,  May 18, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1784.  MARIANO ESQUIVEL ET AL. v. STATE OF GEORGIA.**

In August 2011, the State seized personal property from Mariano Esquivel and Almadelia Esquivel Avila, and it issued a notice of forfeiture. Mariano Esquivel filed a claim to the property, asserting that it belonged to him, was improperly seized, and was not subject to forfeiture. In response, the State filed a complaint for forfeiture and moved to strike Esquivel's claim. The trial court granted the motion to strike on March 5, 2012. Esquivel and Avila filed this direct appeal from the trial court's order.

We lack jurisdiction. "Generally, an order is final and appealable when it leaves no issues remaining to be resolved, constitutes the court's final ruling on the merits of the action, and leaves the parties with no further recourse in the trial court." *Thomas v. Douglas Co.*, 217 Ga. App. 520, 522 (1) (457 SE2d 835) (1995). The record shows that the March 5, 2012 ruling is not a final order. The forfeiture complaint has not been finally resolved, and the State's motion for judgment of forfeiture and disposition of property remains pending below.

Because the order appealed from is not a final order, Esquivel and Avila were required to follow the interlocutory application procedures in OCGA § 5-6-34 (b). See *Miller v. Miller*, 282 Ga. 164 (646 SE2d 469) (2007). Their failure to do so deprives this Court of jurisdiction over the appeal, which is hereby DISMISSED as premature.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 05/18/2012
  *I certify that the above is a true extract from* the minutes of the Court of Appeals of Georgia.
  *Witness my signature and the seal of said court* hereto affixed the day and year last above written.

         *, Clerk.*